FANNIE JACOBS, Landlord, Appellant, *v.* MOSES STOLL, Tenant, Respondent.

Supreme Court, Appellate Term, First Department, December 5, 1946.

*J. Leon Israel* for appellant.

*Saul Gordon* for respondent.

*Per Curiam.* We hold that the emergency rent control statute, and more pertinently the parts attacked by tenant-respondent, to be constitutional and that such attacked parts do not violate the Fourteenth Amendment of the Constitution of the United States or sections 6 and 11, or either section, of article I of the Constitution of the State of New York (*Twentieth Century Associates* v. *Waldman,* 294 N. Y. 571; see, also, *Gilpin* v. *Mutual Life Ins. Co. of N. Y.,* 64 N. Y. S. 2d 436*, and cases cited therein).

---

* Revd, on other grounds 271 App. Div. 499.— [REP.

As the evidence overwhelmingly preponderated in favor of the landlord-appellant, the decision below in favor of the tenant-respondent was unwarranted. The tenant-respondent neither had the two-year written lease asserted, nor was he a holdover tenant for one year. He was a tenant remaining in possession under the emergency statute.

The final order should be reversed, with $30 costs, and final order directed for landlord, with costs.

HAMMER, SHIENTAG and HECHT, JJ., concur.

Order reversed, etc.